## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOSEPH SCOTT MCKINNEY (#595994

VERSUS

JOHN DOE #1, ET AL.

CIVIL ACTION

23-215-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated October 25, 2023, to which an *Objection*[2] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the plaintiff's claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 25 day of October, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 7.